UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

KAREN TUCKER,

        Plaintiff,

-v-                                        No. 13 Civ. 1576 (LTS)(RLE)

WYCKOFF HEIGHTS MEDICAL
CENTER, et al.,

        Defendants.

-------------------------------------------------------x



## ORDER

        Plaintiff has filed two applications to proceed through oral argument. (Docket entry nos. 3 and 28.) The Court has thoroughly reviewed the parties' motion papers and finds that oral argument will not be necessary. (See Individual Practice Rule 2k.) Therefore, Plaintiff's applications are denied, and the motions will be resolved based on the papers that have already been submitted.

        This order resolves docket entry numbers 3 and 28.

        SO ORDERED.

Dated: New York, New York
       March 31, 2014

                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge

**Copies mailed/faxed to** Ms Tucker
**Chambers of Judge Swain** on 3-31-2014